Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
E-mail: service@mission.legal

Attorneys for Plaintiff
Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>W & W INVESTMENT, INC., dba HIDDEN DRAGON RESTAURANT,<br><br>    Defendant. | No. 3:17-cv-04971-JST<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER** |

    **IT IS HEREBY STIPULATED** by and between Plaintiff, Francisca Moralez ("Plaintiff"), and Defendant, W & W Investment, Inc. ("Defendant," and together with Plaintiff, the "Parties"), the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A." This amendment will not modify any date or deadline fixed by the Court, and is not prejudicial to Defendant, the product of undue delay, proposed in bad faith, or futile.

    **IT IS FURTHER STIPULATED** that Plaintiff will file her First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendant's response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER

Page 1

**IT IS SO STIPULATED**.

Dated: June 15, 2018                                    MISSION LAW FIRM, A.P.C.

                                                        */s/ Zachary M. Best*
                                                        Zachary M. Best
                                                        Attorneys for Plaintiff,
                                                        Francisca Moralez

Dated: June 15, 2018                                    SAC ATTORNEYS, LLP

                                                        */s/ Woody Wu*
                                                        James Cai
                                                        Woody Wu
                                                        Attorneys for Defendant
                                                        W & W Investment, Inc.

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                                        */s/ Zachary M. Best*
                                                        Zachary M. Best
                                                        Attorneys for Plaintiff
                                                        Francisca Moralez

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file her First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendant's response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO ORDERED**.

Dated: June 18, 2018                                    _____
                                                        United States District Judge