# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Francisca Moralez, | Case No. 3:17-CV-04971-JST |
| Plaintiff, | **[PROPOSED]** **ORDER ON SECOND STIPULATION AND REQUEST TO MODIFY THE COURT'S SCHEDULING ORDER** |
| vs. | |
| W&W Investment, Inc dba Hidden Dragon Restaurant; | [NO HEARING REQUIRED] |
| Defendant. | |

The parties having so stipulated, and for good cause shown:

IT IS HEREBY ORDERED that the Amended Scheduling Order dated September 5, 2018 is amended as follows:

1. The non-expert discovery cut-off date is February 7, 2019.

Dated: January 9, 2019

United States District Judge
Jon S. Tigar